

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00454-CV

| | | |
|---|---|---|
| RUSSELL FINKELBERG, Appellant | § | On Appeal from the 431st District Court |
| v. | § | of Denton County (24-3937-431) |
| | § | May 29, 2025 |
| EUGENE ZEMP DUBOSE AND DUBOSE LITIGATION P.C., Appellees | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order denying appellant Russell Finkelberg's Texas Citizens Participation Act motion. It is ordered that the trial court's order is affirmed, and we remand this case to the trial court for further proceedings.

It is further ordered that appellant Russell Finkelberg shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
 Justice Dana Womack